UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JYDE ADELAKUN,

    Defendant.

And

OYENIRAN A. OYEWALE,

    Interested Party.

_____/

Case No. 21-mc-51433

Hon. Nancy G. Edmunds
Magistrate Judge Kimberly G. Altman

**ORDER ACCEPTING AND ADOPTING JANUARY 7, 2022
REPORT AND RECOMMENDATION ON MOTION FOR ORDERS TO
CONSOLIDATE, QUASH, IMPEACH, SET ASIDE AND/OR DISMISS ALL
COMPLAINTS AND WARRANTS [1]**

On November 18, 2021, "Interested Party" Oyeniran A. Oyewale ("Oyewale") filed a motion entitled "Motion for Order(s) to Consolidate, Quash, Impeach, and or Vacate and or Set Aside and or Dismiss all Complaints, and Warrants." (ECF No. 1). Oyewale states that he seeks to "consolidate and impeach and or set aside and or vacate and or dismiss the the [sic] complaints, warrants (void order) granted by this court in the instant and all case(s) related." (ECF No. 1, PageID.1). It appears that the primary related case is 21-mj-30135, *United States v. Adelakun*. The government filed a response in opposition to Oyewale's motion. (ECF No. 6.)

On January 7, 2022, the Magistrate Judge entered a Report and Recommendation recommending that this Court deny Oyewale's motion as moot given that the underlying criminal action has been dismissed without prejudice. (ECF No. 7.) No objections to the

Magistrate Judge's Report and Recommendation were filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless has reviewed the record and finds itself in agreement with the magistrate judge's recommendation.[1] Thus, the Court **ACCEPTS and ADOPTS** the January 7, 2022 Report and Recommendation. (ECF No. 7.)

Oyewale's Motion for Order(s) to Consolidate, Quash, Impeach, and or Vacate and or Set Aside and or Dismiss all Complaints, and Warrants is **DENIED** and this matter is **CLOSED**.

**SO ORDERED.**

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: February 9, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 9, 2022, by electronic and/or ordinary mail.

                                          s/Lisa Bartlett
                                          Case Manager

---

[1] Pursuant to E.D. Mich. L.R. 7.1(f)(2), the Court declines to hold a hearing.